CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 0 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RASHON J. ALLEN, | ) | |
| Petitioner, | ) | Civil Action No. 7:06cv00016 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

Petitioner Rashon J. Allen brings this motion to correct his sentence pursuant to 28 U.S.C. § 2255 claiming his sentence is unconstitutional under United States v. Booker, 543 U.S. 220 (2005). Allen has previously filed a § 2255 motion regarding the same conviction and/or sentence. See Allen v. United States, 7:97cv00428 (W.D. Va. 1997). Thus, his current § 2255 motion is successive, and the court may only review it if the Fourth Circuit has authorized Allen to file a successive § 2255 motion. 28 U.S.C. § 2255. Allen does not allege that the Fourth Circuit has authorized him to file a successive motion. Accordingly, the court lacks jurisdiction to review Allen's motion and, therefore, dismisses it.[1]

ENTER: This 20th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Moreover, the Supreme Court did not make Booker retroactive to cases on collateral review, meaning Allen may not raise a Booker claim in a § 2255 motion. See Booker, 125 S. Ct. at 769.